E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JEREMY K. BEECHER (Cal. Bar No. 301272)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-5429
     Facsimile: (213) 894-0141
     E-mail:   jeremy.beecher@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR **2:24-CR-00467-WLH** |
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING INDICTMENT AND RELATED DOCUMENTS; DECLARATION OF JEREMY K. BEECHER |
| v. | |
| TAMARA VIOLET LYNN, | |
| Defendant. | **(UNDER SEAL)** |

The government hereby applies ex parte for an order that the indictment and any related documents in the above-titled case (except the arrest warrant for the charged defendant) be kept under seal until the government files a "Report Commencing Criminal Action" in this matter.

//
//
//
//
//
//

This ex parte application is made pursuant to Federal Rule of Criminal Procedure 6(e)(4) and is based on the attached declaration of Jeremy K. Beecher.

Dated: July 31, 2024

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

          /s/
JEREMY K. BEECHER
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF JEREMY K. BEECHER**

I, Jeremy K. Beecher, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in the prosecution of <u>United States v. Tamara Violet Lynn</u>, the indictment in which is being presented to a federal grand jury in the Central District of California on July 31, 2024.

2. Defendant has not been taken into custody on the charge contained in the indictment and has not been informed that she is being named as a defendant in the indictment to be presented to the grand jury on July 31, 2024. The likelihood of apprehending defendant might jeopardized if the indictment in this case were made publicly available before defendant is taken into custody on the indictment.

3. Accordingly, the government requests that the indictment and sealed documents in this case (except the arrest warrants) be sealed and remain so until one of the defendants is taken into custody on the charges contained in the indictment and the government files a "Report Commencing Criminal Action" in this matter.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on July 31, 2024.

/s/
_____
JEREMY K. BEECHER

1